# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK R. HOLLEY, SR., | **Case No. 1:16-cv-01321-DAD-EPG** |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| UNITED STATES, | (ECF No. 5) |
| Defendant. | |

On September 20, 2016, Plaintiff Patrick R. Holley, Sr. filed an application to proceed *in forma pauperis*. (ECF No. 5.) Based on the information provided in the application, Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:  **September 22, 2016**                /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

1